# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZAFER BULDUK,<br><br>Plaintiff,<br><br>v.<br><br>SBARRO, INC.,<br><br>Defendant. | 8:09-cv-00298-LSC-FG3<br><br>**PROTECTIVE ORDER** |
| VOLKAN SOYULMAZ,<br><br>Plaintiff,<br><br>v.<br><br>SBARRO, INC.,<br><br>Defendant. | 8:09-cv-00299-LSC-FG3<br><br>**PROTECTIVE ORDER** |
| CHARLES ALLEY,<br><br>Plaintiff,<br><br>v.<br><br>SBARRO, INC.,<br><br>Defendant. | 8:09-cv-00300-LSC-FG3<br><br>**PROTECTIVE ORDER** |
| KURSAT HAMZAOGLU,<br><br>Plaintiff,<br><br>v.<br><br>SBARRO, INC.,<br><br>Defendant. | 8:09-cv-00301-LSC-FG3<br><br>**PROTECTIVE ORDER** |

**THIS MATTER** came before the Court on the parties' Joint Motion for Protective Order. After having considered the matter, the Court finds that the Motion should be granted and a protective order entered.

**IT IS ORDERED:**

1.    This Protective Order shall apply to all documents produced by Sbarro, Inc. ("Sbarro") to Plaintiffs Charles Alley, Zafer Bulduk, Kursat Hamzaoglu and Volkan Soyulmaz (collectively "Plaintiffs"), including but not limited to: all employment records, including personnel files, of individuals other than Defendant.

2.    All such documents and materials produced by Sbarro to counsel for Plaintiffs shall be used only in the course of the above-captioned proceedings.

3.    The documents and materials produced by Sbarro to counsel for Plaintiffs shall not be published, orally, by copy, or by any other means, to any person other than Plaintiffs, Plaintiffs' counsel, John C. Wieland, Smith Gardner, Slusky, Lazer, Pohren & Rogers LLP, 8712 West Dodge Road, Suite 400, Omaha, NE 68114, or Plaintiffs' experts.

4.    Upon conclusion of this action and upon receipt of a written request by Sbarro's counsel, unless otherwise agreed in writing for a shorter period of time, counsel for Plaintiffs shall return to counsel for Sbarro the original and all copies of the documents and materials.

5.    By approval of this Protective Order, Plaintiffs and their attorney agree to be bound by the conditions of this Protective Order.

6.    Execution of this Protective Order does not constitute a waiver of any objections which may be raised by the parties to the production of any documents or information even if such documents or information are encompassed within this Protective Order.

7.    Any violation of this Protective Order by the parties or their counsel shall result in sanctions and/or discipline allowed by law as determined by the Court in its discretion.

**DATED December 27, 2010.**

**BY THE COURT:**

**s/ F.A. Gossett, III**
**United States Magistrate Judge**
